Edd FLANNERY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 23, 1973.

David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Orville PIGG

v.

FORD MOTOR COMPANY and Workmen's Compensation Board of Kentucky.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Robert M. Lindsay, Segal, Isenberg, Sales & Stewart, Louisville, for appellant.

William P. Swain, James M. Graves, Louisville, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

John Bryant SHORT and Larry Gale Hester, Appellants,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Jerry W. Nall, Owensboro, for appellants.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Thomas A. Ainley, Asst. Attys. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

CITY OF COVINGTON, etc., et al., Appellants,

v.

Lawrence F. BECK et al., Appellees.

Court of Appeals of Kentucky.

Nov. 23, 1973.

Charles H. Deters, Deters, Benzinger & Stephens, Covington, for appellants.

John R. S. Brooking, Adams, Brooking & Stepner, Paul J. Theissen, Joseph L. Summe, Covington, Heckerman & Hood, Cincinnati, Ohio, Harry L. Riggs, Riggs & Riggs, Erlanger, William H. Bixler, Hughes, Clark & Ziegler, Covington, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Dismissing appeal.*

* Opinion ordered not to be published.